**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY, MICROSOFT CORPORATION, and MARIA DE LA CRUZ PERALES SANCHEZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF HOMELAND SECURITY, and ELAINE C. DUKE, *in her official capacity as Acting Secretary of the Department of Homeland Security*,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE UNDER LOCAL CIVIL RULE 7.1**

Pursuant to Local Civil Rule 7.1, the undersigned, counsel of record for Microsoft Corporation, certifies that Microsoft, as of this date, does not have a parent corporation or any publicly traded affiliates or subsidiaries, and that no publicly held corporation holds 10% or more of its stock.

DATED: November 3, 2017.                    Respectfully submitted,

By: /s/ Thomas J. Perrelli
*Counsel for Microsoft Corporation*

Thomas J. Perrelli
   D.C. Bar No. 438929
Lindsay C. Harrison
   D.C. Bar No. 977407
Marina Jenkins
   D.C. Bar No. 988059
Alex Trepp
   D.C. Bar No. 1031036*

JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone 202 639-6000
Fax 202 639-6066
Email: tperrelli@jenner.com
       lharrison@jenner.com
       mjenkins@jenner.com
       atrepp@jenner.com

*\*Application for Admission to District Court for District of Columbia Pending*