# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), <br><br> AMERICAN FEDERATION OF TEACHERS, AFL-CIO, <br><br> THE UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, <br><br>           Plaintiffs, <br><br>           v. <br><br> DONALD TRUMP, *in his official capacity as President of the United States*, <br><br> JEFFERSON BEAUREGARD SESSIONS III, *in his official capacity as the Attorney General of the United States*, <br><br> ELAINE C. DUKE, *in her official capacity as Acting Secretary of the Department of Homeland Security*, <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> DEPARTMET OF HOMELAND SECURITY, <br><br> and <br><br> THE UNITED STATES OF AMERICA, <br><br>           Defendants. | Civil Action No. 17-cv-1907 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY, <br><br> MICROSOFT CORPORATION, <br><br> MARIA DE LA CRUZ PERALES SANCHEZ, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> and <br><br> ELAINE C. DUKE, *in her official capacity as Acting Secretary of the Department of Homeland Security*, <br><br> Defendants. | Civil Action No. 17-cv-2325 |

## [Proposed] SCHEDULING ORDER

The Court, having considered the parties' Joint Motion For Scheduling Order filed November ___, 2017, establishes the following briefing schedule in connection with Defendants' motions to dismiss and plaintiffs' motions for preliminary injunction or summary judgment, if any:

1) Defendants' motion to dismiss the Princeton action shall be due by **November 22, 2017**.

2) Plaintiffs' oppositions to all motions to dismiss, as well as plaintiffs' motions for a preliminary injunction or for summary judgment, shall be due by **December 15, 2017**.

3) Defendants' replies in support of their motions to dismiss, as well as any oppositions to plaintiffs' motions for a preliminary injunction or for summary judgment, shall be due by **January 10, 2018**.

4) Plaintiffs' replies in support of any motion for a preliminary injunction or for summary judgment, shall be due by **January 19, 2018**.

5) The parties shall appear for oral argument on the above-mentioned motions on January ___ at _____.

      **IT IS SO ORDERED.**

Dated: _____          _____
                                          Christopher R. Cooper
                                          UNITED STATES DISTRICT JUDGE