IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEE OF PRINCETON UNIVERSITY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES, *et al.*,<br><br>*Defendants*. | Civil Action No. 17-cv-2325 (CRC) |

**[PROPOSED] ORDER**

WHEREAS, the Immigration Reform Law Institute ("IRLI") has moved for leave of court to file the attached brief amicus curiae in this matter, and

(1) the IRLI brief complies with the requirements of Local Rule LCvR 7(o), and,

(2) IRLI's position is not adequately represented by either Party, and

(3) the matters asserted in the brief are relevant to disposition of this case,

THEREFORE, it is this day ORDERED,

that IRLI is granted leave to file an amicus curiae brief.

_____
United States District Judge