IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>MICROSOFT CORPORATION,<br><br>MARIA DE LA CRUZ PERALES SANCHEZ,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>and<br><br>ELAINE C. DUKE, *in her official capacity as Acting Secretary of the Department of Homeland Security*,<br><br>       Defendants. | Civil Action No. 17-cv-02325 (CRC) |

## [PROPOSED] ORDER

Upon consideration of the Unopposed Motion for Leave to File *Amicus Curiae* Brief In Support of Plaintiffs' Motion for Summary Judgment and/or Preliminary Injunction filed by the Proposed *Amici*, institutions of higher education, in this case,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, the institutions of higher education are permitted to participate as *amici* in support of Plaintiffs' Motion for Summary Judgment and/or Preliminary Injunction, and the clerk shall file the brief attached to their motion (Exhibit A) on the docket.

_____
United States District Judge