IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>MICROSOFT CORPORATION,<br><br>MARIA DE LA CRUZ PERALES SANCHEZ,<br><br>                  Plaintiffs,<br><br>         v.<br><br>UNITED STATES OF AMERICA,<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>KIRSTJEN NIELSEN, *in her official capacity as Secretary of the Department of Homeland Security*,<br><br>                  Defendants. | Civil Action No. 17-cv-02325 |

### DECLARATION OF DANIELLE C. GRAY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), I declare the following:

1. My full name is DANIELLE C. GRAY. I am a partner of the law firm O'Melveny & Myers LLP, attorneys for *amici* Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, Georgetown University, George Washington University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Stanford University, University of Chicago, the University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University.

-2-

2.  My office address is 7 Times Square, New York, NY 10036, telephone (212) 326-2000.

3.  I have been admitted to and am a member in good standing of the bar of the State of New York, as well as the U.S. Court of Appeals for the Second Circuit, U.S. Court of Federal Claims, and the U.S. District Courts for the Southern District of New York.

4.  I have not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against me.

5.  In the past two years, I have not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia.

6.  I certify that I am generally familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 15, 2017                Respectfully submitted,

                                        /s/ Danielle C. Gray
                                        Danielle C. Gray

O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
(212) 326-2000 (telephone)
(213) 326-2061 (facsimile)
dgray@omm.com

-2-