# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), AMERICAN FEDERATION OF TEACHERS, AFL-CIO, and UNITED FOOD AND COMMERCIAL INTERNATIONAL UNION, AFL-CIO, CLC, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, JEFFERSON BEAUREGARD SESSIONS, III, in his official capacity as Attorney General of the United States, ELAINE C. DUKE, in her official capacity as acting Secretary of Homeland Security, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, DEPARTMENT OF HOMELAND SECURITY, UNITED STATES OF AMERICA, <br><br> Defendants. | **APPENDIX** <br><br> Civil Action No. 17-cv-1907 (CRC) |
| THE TRUSTEES OF PRINCETON UNIVERSITY, MICROSOFT CORPORATION, and MARIA DE LA CRUZ PERALES SANCHEZ, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, U.S. DEPARTMENT OF HOMELAND SECURITY, and ELAINE C. DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security, <br><br> Defendants. | Civil Action No. 17-cv-2325 (CRC) |

## TABLE OF CONTENTS TO APPENDIX

| Ex. | Declarant | Position | Page Nos. |
|---|---|---|---|
| *Declarations From Plaintiff, Plaintiff Employees, and Plaintiff Members* | | | |
| A | Jill Dolan | Dean of the College of Princeton University | 0001-0012 |
| B | Khristina Gonzalez | Associate Dean of the College and Director of Programs for Access and Inclusion of Princeton University | 0013-0021 |
| C | Janet Lavin Rapelye | Dean of Admission of Princeton University | 0022-0028 |
| D | Rochelle Calhoun | Vice President for Campus Life at Princeton University | 0029-0034 |
| E | Jacqueline Leighton | Director of the Davis International Center of Princeton University | 0035-0044 |
| F | Julia Elyachar | Associate Professor in the Department of Anthropology | 0045-0053 |
| G | Maria De La Cruz Perales Sanchez (Individual Plaintiff) | Student at Princeton University and DACA Recipient | 0054-0063 |
| H | Bryan Ramirez | Student at Princeton University | 0064-0071 |
| I | Jane Doe #1 | Finance Manager at Microsoft and DACA Recipient | 0072-0079 |
| J | Taru Rintamaki | Director of Structured Finance at Microsoft Corporation | 0080-0085 |
| K | John Doe #2 | Software Engineer at Microsoft and DACA Recipient | 0086-0093 |
| L | Costel Radu | Principal Engineering Manager in Consumer and Device Sales at Microsoft | 0094-0100 |
| M | John Doe # 1 | Associate Consultant at Microsoft and DACA Recipient | 0101-0108 |
| N | Michelle Bozeman | Director of Technical Delivery and Business Productivity at Microsoft | 0109-0115 |

| | | | |
|---|---|---|---|
| O | Jose Sandoval | Global Sales Associate at LinkedIn and DACA Recipient | 0116-0121 |
| P | Hector Javier Preciado | Sales Development Manager at LinkedIn | 0122-0128 |
| Q | Luis Torres | Senior Software Engineer at LinkedIn and DACA Recipient | 0129-0134 |
| R | Declaration of Rhonda Weingarten | President of the American Federation of Teachers | 2593-2600 |
| S | Jane Doe #2 | Teacher and DACA Recipient | 2601-2605 |
| T | Jane Doe #3 | Teacher and DACA Recipient | 2606-2610 |
| U | John Doe #3 | Teacher and DACA Recipient | 2611-2615 |
| V | Declaration of Derrick Johnson | President and Chief Executive Officer of the National Association for the Advancement of Colored People | 2616-2623 |
| W | Jane Doe #4 | Student Studying International Business and DACA Recipient | 2624-2629 |
| X | Jane Doe #5 | Student and DACA Recipient | 2630-2636 |
| Y | Declaration of Esther Lopez | Secretary-Treasurer of United Food and Commercial Workers International | 2637-2647 |
| Z | Jane Doe #6 | Walking Steward at Seaboard Foods and DACA Recipient | 2648-2653 |
| AA | Jane Doe #7 | Naval Trimmer at Cargill Solutions and DACA Recipient | 2654-2659 |
| BB | Jane Doe #8 | Scale Operator at Cargill Solutions and DACA Recipient | 2660-2666 |
| CC | Jane Doe #9 | Salaried UFCW employee and DACA Recipient | 2667-2671 |
| *Exhibits to Declaration of Lindsay Harrison in Support of Plaintiffs' Motion for Summary Judgment and/or Preliminary Injunction* | | | 1835-2592; 2672-2678 |
| *Topical Index to Declarations From Plaintiffs, Plaintiff Employees, and Plaintiff Members* | | | 2679-2684 |