**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), *et al.*, | |
| Plaintiffs, | |
| v. | No. 17-cv-1907 (JDB) |
| DONALD TRUMP, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY, *et al.*, | |
| Plaintiffs, | |
| v. | No. 17-cv-2325 (JDB) |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

**<u>JOINT APPENDIX OF ADMINISTRATIVE RECORD EXHIBITS RELIED
UPON BY THE PARTIES WITH RESPECT TO DISPOSITIVE MOTIONS</u>**

Pursuant to Local Civil Rule 7(n), the parties have jointly prepared this appendix

containing copies of those portions of the Administrative Record that are cited or otherwise relied

upon in the memoranda in support of or in opposition to the parties' pending dispositive motions.

This joint appendix includes the following documents.

| DATE | DOCUMENT | BATES NO. |
|---|---|---|
| June 15, 2012 | Janet Napolitano, Secretary of Homeland Security, *Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children* | AR 1-3 |

| November 19, 2014 | Karl R. Thompson, Principal Deputy Assistant Attorney General, Office of Legal Counsel, Memorandum Opinion for the Secretary of Homeland Security and the Counsel to the President, *The Department of Homeland Security's Authority to Prioritize Removal of Certain Aliens Unlawfully Present in the United States and to Defer Removal of Others* | AR 4-36 |
| November 20, 2014 | Jeh Charles Johnson, Secretary of Homeland Security, *Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children and with Respect to Certain Individuals Who Are the Parents of U.S. Citizens or Permanent Residents* | AR 37-41 |
| February 16, 2015 | *Texas v. United States*, 86 F. Supp. 3d 591 (S.D. Tex. 2015) | AR 42-129 |
| November 25, 2015 | *Texas v. United State*s, 809 F.3d 134 (5th Cir. 2015) | AR 130-226 |
| June 23, 2016 | *Texas v. United States*, 136 S. Ct. 2271 (2016) | AR 227-228 |
| February 20, 2017 | John Kelly, Secretary of Homeland Security, *Enforcement of the Immigration Laws to Serve the National Interest* | AR 229-234 |
| June 15, 2017 | John Kelly, Secretary of Homeland Security, *Rescission of November 20, 2014 Memorandum Providing for Deferred Action for Parents of Americans and Lawful Permanent Residents ("DAPA")* | AR 235-237 |
| June 29, 2017 | Letter from the Attorney General of Texas, Ken Paxton, to the Attorney General of the United States, Jefferson B. Sessions III | AR 238-240 |
| August 1, 2017 | Letter from Congressman Raul M. Grijalva, *et al.* to President of the United States Donald J. Trump | AR 242-248 |
| August 22, 2017 | Letter from Congressman Daniel M. Donovan, Jr., *et al.* to President of the United States Donald J. Trump | AR 249-250 |
| September 4, 2017 | Letter from the Attorney General of the United States, Jefferson B. Sessions III, to the Acting Secretary of Homeland Security, Elaine C. Duke | AR 251 |
| September 5, 2017 | Elaine C. Duke, Acting Secretary of Homeland Security, *Rescission of the June 15, 2012 Memorandum Entitled "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children* | AR 252-256 |

Dated: February X, 2018

*/s/ Joseph M. Sellers*
Joseph M. Sellers
D.C. Bar No. 318410
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
T: (202) 408-4600
F: (202) 408-4699
jsellers@cohenmilstein.com

*Attorney for Plaintiffs NAACP; American
Federation of Teachers, AFL-CIO; United Food
and Commercial International Union, AFL-
CIO, CLC*

*/s/ Thomas J. Perrelli*
Thomas J. Perrelli
D.C. Bar No. 438929
JENNER & BLOCK LLP
1099 New York Ave., N.W. Suite 900
Washington, D.C. 20001
T:  (202) 639-6893
F:  (202) 637-6375
tperrelli@jenner.com

*Attorney for Plaintiffs Trustees of Princeton
University; Microsoft Corporation; and Maria
De La Cruz Perales Sanchez*

Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director

JOHN R. TYLER
Assistant Branch Director

/s/   *Kathryn C. Davis*
KATHRYN C. DAVIS (DC Bar No. 985055)
RACHAEL WESTMORELAND (GA Bar. No.
539498)
KATE BAILEY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Phone: (202) 616-8298
Fax: (202) 616-8460
Email: Kathryn.C.Davis@usdoj.gov

*Counsel for Defendants*