**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD TRUMP, *et al.*,<br><br>　　　　　　Defendants. | No. 17-cv-1907 (JDB) |
| THE TRUSTEES OF PRINCETON UNIVERSITY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　Defendants. | No. 17-cv-2325 (JDB) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of February 26, 2018, the parties hereby file this joint status report regarding scheduling issues in this matter.

1. At the parties' request, on January 26, 2018, the Court continued the hearing on the parties' pending motions, which had been set for February 2, 2018, in light of Defendants' Petition for a Writ of Certiorari before Judgment filed in the United States Supreme Court in *United States Department of Homeland Security v. Regents of the University of California*, No. 17-1003.

2.	On February 26, 2018, the Supreme Court denied the *Regents* certiorari petition without prejudice, noting it "assumed that the [Ninth Circuit] Court of Appeals will proceed expeditiously to decide this case." *See* Order List (Feb. 26, 2018), https://www.supremecourt.gov/orders/courtorders/022618zor_j426.pdf.

3.	Plaintiffs strongly favor moving forward with argument on the parties' pending motions. No case concerning the rescission of DACA has proceeded beyond the preliminary stage of proceedings. Because Plaintiffs' affirmative motion seeks summary judgment, proceeding to argument and disposition would facilitate a timely and final resolution on this matter of national importance. Moreover, the two preliminary injunctions that are currently in place do not provide the full relief that Plaintiffs seek in their own motion for injunctive relief. For example, the preliminary injunctions do not invalidate the rescission of DACA and therefore do not require that Defendants accept applications for initial DACA status nor accept applications for advance parole from DACA recipients. The arguments are fully briefed and appropriately set up for review by the Court.

4.	Defendants continue to believe there is no significant urgency or need to resolve the parties' motions, given the two nationwide injunctions already issued in parallel DACA-rescission cases; the pending appeals of those preliminary injunction orders, in which Defendants intend to seek in the Second Circuit and have received in the Ninth Circuit expedited consideration; and the Supreme Court's desire for expedition. Defendants, however, are available for the motions hearing tentatively set for March 14, 2018, if the Court determines to move forward on the pending motions.

5.	Although the Court's February 26 Minute Order set an argument time of 9:30 a.m., the subsequent docket entry and the Court's calendar list the argument time as 1:00 p.m.

The parties presume the latter is controlling and, in the event the Court proceeds with the argument, will appear at 1:00 p.m. on March 14, absent further order of the Court.

| | |
|---|---|
| Dated: March 5, 2018 | Respectfully submitted, |
| */s/ Joseph M. Sellers*\_\_\_\_\_<br>Joseph M. Sellers<br>D.C. Bar No. 318410<br>Cohen Milstein Sellers & Toll PLLC<br>1100 New York Ave. NW, Fifth Floor<br>Washington, DC 20005<br>T: (202) 408-4600<br>F: (202) 408-4699<br>jsellers@cohenmilstein.com | CHAD A. READLER<br>Acting Assistant Attorney General<br><br>BRETT A. SHUMATE<br>Deputy Assistant Attorney General<br><br>JENNIFER D. RICKETTS<br>Director<br><br>JOHN R. TYLER<br>Assistant Branch Director |
| *Attorney for Plaintiffs NAACP; American Federation of Teachers, AFL-CIO; United Food and Commercial International Union, AFL-CIO, CLC* | /s/   Kathryn C. Davis<br>KATHRYN C. DAVIS (DC Bar No. 985055)<br>RACHAEL WESTMORELAND (GA Bar. No. 539498)<br>KATE BAILEY<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue NW<br>Washington, DC 20530<br>Phone: (202) 616-8298<br>Fax: (202) 616-8460<br>Email: Kathryn.C.Davis@usdoj.gov |
| */s/ Thomas J. Perrelli*\_\_\_\_\_<br>Thomas J. Perrelli<br>D.C. Bar No. 438929<br>JENNER & BLOCK LLP<br>1099 New York Ave., N.W. Suite 900<br>Washington, D.C. 20001<br>T:  (202) 639-6893<br>F:  (202) 637-6375<br>tperrelli@jenner.com | |
| *Attorney for Plaintiffs Trustees of Princeton University; Microsoft Corporation; and Maria De La Cruz Perales Sanchez* | *Counsel for Defendants* |