**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, *et al.*, <br><br> Defendants. | No. 17-cv-1907 (JDB) |
| THE TRUSTEES OF PRINCETON UNIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | No. 17-cv-2325 (JDB) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of Record:

Please enter the appearance of Gerald Brinton Lucas as counsel for Defendants in the above-captioned cases.

Dated: March 6, 2018          Respectfully submitted,

                              CHAD A. READLER
                              Acting Assistant Attorney General

                              BRETT A. SHUMATE
                              Deputy Assistant Attorney General

        JENNIFER D. RICKETTS
        Director

        JOHN R. TYLER
        Assistant Branch Director

        */s/   Gerald Brinton Lucas*
        GERALD BRINTON LUCAS (DC Bar No. 1015185)
        Counsel to the Assistant Attorney General
        United States Department of Justice
        Civil Division
        950 Pennsylvania Ave., NW
        Washington, DC 20530
        Phone: (202) 305-7920
        Fax: (202) 307-6777
        Email: brinton.lucas@usdoj.gov

        *Counsel for Defendants*