# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, *et al.*, <br><br> Defendants. | No. 17-cv-1907 (JDB) |
| THE TRUSTEES OF PRINCETON UNIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | No. 17-cv-2325 (JDB) |

## NOTICE OF CLARIFICATION

Defendants respectfully submit the following clarification regarding a colloquy with the Court during the March 14, 2018 motions hearing in this matter. *See* March 14, 2018 Tr. at 74:7-25 to 75:1-9. With respect to the Court's question, the position of the United States remains the same as it was expressed in a brief filed on March 7, 2018 in the United States Court of Appeals for the Second Circuit, which stated:

> Moreover, even the Attorney General's letter in its entirety should not be read to attribute "constitutional" holdings to the *Texas* courts, but rather to invoke the "legal grounds" they adopted in support of his own view that DACA was "unconstitutional." JA. 463. And in any event, contrary to the district court's conclusion, any error in

attributing a finding of unconstitutionality to the *Texas* courts was plainly harmless. Although the court found no basis "to conclude that the Attorney General would have reached the same conclusion had he correctly understood the holdings of the *Texas* courts," SA 37, that inquiry was misdirected because the Attorney General did not rescind DACA. Rather, the Acting Secretary did, and it is crystal clear from her memorandum that her decision did not depend in any way on whether DACA was unconstitutional, rather than "merely" contrary to statute and likely to be enjoined regardless.

March 7, 2018 Br. of the United States in *Batalla Vidal v. Nielsen*, Nos. 18-485, 18-488 (2d Cir.), at 42-43. Defendants appreciate the opportunity to clarify our position.

Dated: March 15, 2018  Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director

JOHN R. TYLER
Assistant Branch Director

/s/  *Kathryn C. Davis*
KATHRYN C. DAVIS (DC Bar No. 985055)
RACHAEL WESTMORELAND (GA Bar. No. 539498)
KATE BAILEY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Phone: (202) 616-8298
Fax: (202) 616-8460
Email: Kathryn.C.Davis@usdoj.gov

*Counsel for Defendants*