# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY, <br><br> MICROSOFT CORPORATION, <br><br> MARIA DE LA CRUZ PERALES SANCHEZ, <br><br>             Plaintiffs, <br><br>             v. <br><br> UNITED STATES OF AMERICA, <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> KIRSTJEN NIELSEN, *in her official capacity as Secretary of the Department of Homeland Security*, <br><br>             Defendants. | Civil Action No. 17-cv-02325 |

## NOTICE OF WITHDRAWAL OF ATTORNEY DANIELLE C. GRAY

Pursuant to Local Rule 83.6(b) of the Rules of the United States District Court for the District of Columbia, please take notice that Danielle C. Gray from the law firm O'Melveny & Myers LLP on behalf of *amici* Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, Georgetown University, George Washington University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Stanford University, University of Chicago, the University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University is hereby withdrawn.

Case 1:17-cv-02325-JDB   Document 66   Filed 03/19/18   Page 2 of 3

Other attorneys of the same firm have appeared as counsel on behalf of *amici*, and their representation continues.

Dated:   March 19, 2018

Respectfully submitted,

By:  /s/ Jonathan Hacker
Jonathan Hacker
O'Melveny & Myers LLP
1625 Eye Street
Washington, DC 20006
Tel:  (202) 383-5300
Fax:  (202) 383-5414
E-Mail: jhacker@omm.com

*Attorney for Amici*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018, a true and correct copy of the foregoing Notice of Withdrawal of Attorney Danielle C. Gray was served via the Court's CM/ECF system, pursuant to Rule 5.4(d) of the Local Civil Rules and Rule 5(b) of the Federal Rules of Civil Procedure, upon all counsel of record.

Dated: March 19, 2018                    Respectfully submitted,

                                         By:  /s/ Jonathan Hacker
                                              Jonathan Hacker
                                              O'Melveny & Myers LLP
                                              1625 Eye Street
                                              Washington, DC 20006
                                              Tel: (202) 383-5300
                                              Fax: (202) 383-5414
                                              E-Mail: jhacker@omm.com

                                              *Attorney for Amici*