## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE TRUSTEES OF PRINCETON UNIVERSITY,** *et al.,* <br> v. <br><br> **UNITED STATES,** *et al.,* <br><br><br> Defendant. | ) <br> ) <br> ) <br> )   **Civil No. 17-cv-2325-JDB** <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Civil Local Rule 83.6(c), please take notice that Janine M. Lopez is hereby withdrawn as counsel of record for Amici Curiae Airbnb, Inc., Square, Inc., Twitter, Inc., and Yelp Inc. in the above-entitled action ("Amici Curiae").   As of March 30, 2018, Ms. Lopez will no longer be employed by Wilmer Cutler Pickering Hale and Dorr LLP.   Other counsel from Wilmer Cutler Pickering Hale and Dorr LLP and Mayer Brown LLP have entered appearances for Amici Curiae, and their representation continues.

Respectfully submitted,

Date: March 30, 2018

/s/ Ari Holtzblatt
Ari Holtzblatt (D.C. Bar No. 1009913)
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Phone: (202) 663-6000
Fax: (202) 663-6363
Attorney for Amici Curiae Airbnb, Inc., Square, Inc.,
Twitter, Inc., and Yelp Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 30th day of March, 2018, a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served on all counsel of record via the Court's CM/ECF system.

/s/ Ari Holtzblatt
Ari Holtzblatt (D.C. Bar No. 1009913)
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Phone: (202) 663-6000
Fax: (202) 663-6363
Attorney for Amici Curiae Airbnb, Inc., Square, Inc., Twitter, Inc., and Yelp Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY, *et al.*, ) ) ) | |
| v. ) | Civil No. 17-cv-2325-JDB |
| UNITED STATES, *et al.*, ) ) ) | |
| Defendant. ) ) | |

**PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

The Court has reviewed the foregoing Motion to Withdraw as Counsel.    Upon consideration of that motion, the Court grants permission for Janine M. Lopez to withdraw as counsel for Amici Curiae Airbnb, Inc., Square, Inc., Twitter, Inc., and Yelp Inc.

SO ORDERED.

DATE: _____

_____
John D. Bates
United States District Judge