UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUSTEES OF PRINCETON UNIVERSITY, et al.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>    Defendants. | Civil Action No. 17-2325 (JDB) |

## ORDER

Upon consideration of [8] defendants' motion to dismiss and [28] plaintiffs' motion for summary judgment, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [8] the government's motion to dismiss is **GRANTED** as to plaintiffs' procedural Administrative Procedure Act ("APA") claim (Count I) and plaintiffs' information-sharing claim (Count V), **DENIED** as to plaintiffs' substantive APA claim (Count II), and **DENIED IN PART AND DEFERRED IN PART** as to plaintiffs' constitutional claims (Counts III and IV); it is further

**ORDERED** that [28] plaintiffs' motion for summary judgment is **GRANTED** as to their substantive APA claim but **DENIED** as to their procedural APA claim; it is further

**ORDERED** that the Department of Homeland Security's ("DHS") September 5, 2017 decision to rescind the Deferred Action for Childhood Arrivals ("DACA") program is **VACATED** and **REMANDED** to the agency; it is further

**ORDERED** that the Court's order of vacatur is **STAYED** for ninety days; and it is further

**ORDERED** that the parties shall file, by not later than Friday, July 27, 2018 a joint status report stating whether DHS has issued a new decision rescinding DACA and whether the parties contemplate the need for further proceedings in this case.

Moreover, upon consideration of the remaining motions pending in this case, it is hereby

**ORDERED** that [22] plaintiffs' unopposed motion to submit pseudonymous declarations is **GRANTED**; it is further

**ORDERED** that, pursuant to Local Civil Rule 83.2(d), the motions for leave to appear pro hac vice filed by [37] Madiha M. Zuberi, [38] Jose Luis Perez, [39] Fernando Bohorquez, [40] Alan Friel, [41] Tiffany Mio, [43] Paul S. Deol, [44] Neil A.F. Popovic, [50] Sameer P. Sheikh, and [52] Martin L. Saad are **GRANTED** and that the Clerk of Court shall enter the appearance of the above-listed attorneys in this case; it is further

**ORDERED** that the motion of Janie M. Lopez to withdraw as counsel is **GRANTED** and that the Clerk of Court shall terminate Ms. Lopez's appearance in this case; and it is further

**ORDERED** that, pursuant to Local Civil Rule 7(o), the unopposed motions for leave to file amicus curiae briefs by [36] LatinoJustice PRLDEF, [42] the City of Los Angeles, et al., [45] the San Francisco Bar Association, and [53] the Lawyers' Committee for Civil Rights Under Law, et al., are **GRANTED**.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: April 24, 2018

2