**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,** | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 17-1907 (JDB)** |
| **DONALD J. TRUMP, et al.,** | |
| **Defendants.** | |
| **TRUSTEES OF PRINCETON UNIVERSITY, et al.,** | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 17-2325 (JDB)** |
| **UNITED STATES OF AMERICA, et al.,** | |
| **Defendants.** | |

## <u>ORDER</u>

Upon consideration of the July 23, 2020 Order of the U.S. Court of Appeals for the D.C. Circuit in the consolidated case <u>National Association for the Advancement of Colored People v. Donald J. Trump</u>, Nos. 18-5243 & 18-5245 (D.C. Cir. July 23, 2020), and the entire record herein, it is hereby

**ORDERED** that these cases are **REMANDED** to the Department of Homeland Security for further action, if appropriate, that is consistent with the Supreme Court's opinion in <u>Department of Homeland Security v. Regents of the University of California</u>, 140 S. Ct. 1891 (2020).

_____  /s/
JOHN D. BATES
United States District Judge

Dated: July 23, 2020