**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD TRUMP, *et al.*,<br><br>　　　　　Defendants. | No. 17-cv-1907 (JDB) |
| THE TRUSTEES OF PRINCETON UNIVERSITY, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　Defendants. | No. 17-cv-2325 (JDB) |

## **NOTICE**

Defendants respectfully notify the Court and the Plaintiffs that, earlier today, the Department of Homeland Security issued a memorandum on the following subject: "Reconsideration of the June 15, 2012 Memorandum Entitled 'Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children.'" That memorandum is attached to this filing as Exhibit 1.

Dated: July 28, 2020                    Respectfully submitted,

DAVID M. MORRELL
Deputy Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

*/s/ Rachael L. Westmoreland*
RACHAEL L. WESTMORELAND (GA Bar. #539498)
STEPHEN M. PEZZI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC  20005
Tel.:  (202) 202-514-1280
Fax:  (202) 616-8470
Email: rachael.westmoreland@usdoj.gov

*Counsel for Defendants*