# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD TRUMP, *et al.*, <br><br> *Defendants*. | No. 17-cv-1907 (JDB) |
| THE TRUSTEES OF PRINCETON UNIVERSITY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants*. | No. 17-cv-2325 (JDB) |

## JOINT STATUS REPORT

Pursuant to the Court's August 5, 2020 Minute Order in the above-captioned matters, the parties, having conferred, jointly provide the following status report. Plaintiffs do not currently intend to challenge the Wolf Memorandum, ECF No. 89-1, but reserve their right to do so in the future, or to challenge any future agency actions with respect to DACA. Accordingly, Plaintiffs request that this Court continue to hold these matters in abeyance. Defendants do not oppose that request.

Dated: September 16, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

/s/  Stephen M. Pezzi
GALEN N. THORP (VA Bar No. 75517)
  Senior Trial Counsel
STEPHEN M. PEZZI (DC Bar No. 995500)
RACHAEL L. WESTMORELAND
    (GA Bar No. 539498)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576/Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

/s/  Lindsay C. Harrison
THOMAS J. PERRELLI (D.C. Bar No. 438929)
LINDSAY C. HARRISON (DC Bar No. 977407)
JENNER & BLOCK LLP
1099 New York Ave., NW
Suite 900
Washington, DC 20001
Phone: (202) 639-6000/Fax: (202) 639-6066
lharrison@jenner.com

*Counsel for Plaintiffs The Trustees of Princeton University, Microsoft Corporation, and Maria De La Cruz Perales Sanchez*

/s/  Joseph M. Sellers
JOSEPH M. SELLERS (DC Bar No. 318410)
JULIE S. SELESNICK (DC Bar No. 485558)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW Fifth Floor
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408-4699
jsellers@cohenmilstein.com

*Counsel for Plaintiffs NAACP; American Federation of Teachers, AFL-CIO; United Food and Commercial International Union, AFL-CIO*